IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID P. STAPLETON in his capacity as COURT-APPOINTED RECEIVER for the RECEIVERSHIP ENTITY, including ZADEH KICKS, | Civ. No. 6:24-cv-85-MK<br><br>ORDER |
| Plaintiff, | |
| v. | |
| IDANKS LIMITED LIABILITY COMPANY, | |
| Defendant. | |

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#35) is adopted. Defendant's Motion to Dismiss for lack of personal jurisdiction (#29) is DENIED.

IT IS SO ORDERED.

DATED this 25th of September, 2024.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – ORDER